# JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY

**CASE NUMBER:** 50-2025-CA-003766-XXXA-MB
**CASE STYLE:** DAVIS, EDDIE V SHULTS, KELSEY
ACCESS LEVEL: D

Search Criteria    Search Results    Case Info    Party Names    Dockets & Documents    Case Fees    Court Events

View documents and order certified copies*. See our eCaseView FAQ for step-by-step guidance and information about what documents are available online.

**Document Icons**

Document available. Click icon to view.

Add a certified copy of the document to your shopping cart.

Document is Viewable on Request (VOR). Click to request.

VOR document is being reviewed. Click to be notified when available.

0

Public =       VOR =       In Process =       Page Size: 25 ⌄

| | | DIN | Effective Date | Description | Notes |
|---|---|---|---|---|---|
| | | 2 | 04/21/2025 | CIVIL COVER SHEET | |
| | | 3 | 04/21/2025 | COMPLAINT | AND DEMAND FOR JURY TRIAL F/B PLT |
| | | 1 | 04/22/2025 | DIVISION ASSIGNMENT | AJ: Circuit Civil Central - AJ (Civil) |
| | | 4 | 04/22/2025 | PAID $401.00 ON RECEIPT 5757309 | $401.00 5757309 Fully Paid |
| | | 5 | 04/23/2025 | DCM DESIGNATION TO THE GENERAL TRACK WITH JURY TRIAL ORDER | MAXINE CHEESMAN 04/23/2025 |
| | | 6 | 05/04/2025 | SUMMONS ISSUED | Eddiebigdog100@aol.com;leehgrossjd@gmail.com AS TO DFT PALM BEACH COUNTY |
| | | 7 | 05/04/2025 | SUMMONS ISSUED | Eddiebigdog100@aol.com;leehgrossjd@gmail.com AS TO DFT KELSEY SHULTS |
| | | 8 | 05/04/2025 | SUMMONS ISSUED | Eddiebigdog100@aol.com;leehgrossjd@gmail.com AS TO DFT VALS BLAISE |
| | | 9 | 05/05/2025 | PAID $30.00 ON RECEIPT 5774687 | $30.00 5774687 Fully Paid |
| | | 10 | 07/11/2025 | SERVICE RETURNED (NUMBERED) | RETURN OF SERVICE SERVED VALS BLAISE - 07/10/2025 |
| | | 11 | 07/11/2025 | SERVICE RETURNED (NUMBERED) | RETURN OF SERVICE SERVED PALM BEACH COUNTY - 07/10/2025 |
| | | 12 | 07/11/2025 | SERVICE RETURNED (NUMBERED) | RETURN OF SERVICE SERVED KELSEY SHULTS - 07/10/2025 |
| | | 13 | 07/21/2025 | NOTICE OF APPEARANCE CIVIL | F/B ATTY IMPARATO OBO DFTS KELSEY SHULTS AND VALS BLAISE |

\*\*\*\* CASE NUMBER: 502025CA003766XXXAMB Div: AJ \*\*\*\*
Filing # 221431664 E-Filed 04/21/2025 01:50:48 PM

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH   JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH   COUNTY, FLORIDA

EDDIE Davis
Plaintiff

Case # )  _____
Judge  _____

vs.

Kelsey Shults, Vals Blaise, Palm Beach County
Defendant

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.    TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

NOT A CERTIFIED COPY

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
 ☐ Business governance
 ☐ Business torts
 ☐ Environmental/Toxic tort
 ☐ Third party indemnification
 ☐ Construction defect
 ☐ Mass tort
 ☐ Negligent security
 ☐ Nursing home negligence
 ☐ Premises liability—commercial
 ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
 ☐ Commercial foreclosure
 ☐ Homestead residential foreclosure
 ☐ Non-homestead residential foreclosure
 ☐ Other real property actions

☐Professional malpractice
 ☐ Malpractice—business
 ☐ Malpractice—medical
 ☐ Malpractice—other professional
☒ Other
 ☐ Antitrust/Trade regulation
 ☐ Business transactions
 ☐ Constitutional challenge—statute or ordinance
 ☐ Constitutional challenge—proposed amendment
 ☐ Corporate trusts
 ☒ Discrimination—employment or other
 ☐ Insurance claims
 ☐ Intellectual property
 ☐ Libel/Slander
 ☐ Shareholder derivative action
 ☐ Securities litigation
 ☐ Trade secrets
 ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [    ]
(Specify)

  <u>8</u>

**VI.**   **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.**   **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ eddie Davis</u>          Fla. Bar #
       Attorney or party                 (Bar # if attorney)

<u>eddie Davis</u>           <u>04/21/2025</u>
 (type or print name)         Date

NOT A CERTIFIED COPY

- 3 -

**** CASE NUMBER: 502025CA003766XXXAMB Div: AJ ****
Filing # 221431664 E-Filed 04/21/2025 01:50:48 PM

## IN THE CIRCUIT COURT FOR THE 15TH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA

**EDDIE DAVIS**
      **Plaintiff,**

v.

**KELSEY SHULTS, VALS BLAISE**
**and PALM BEACH COUNTY,**
      **Defendants.**

_____/

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff pro se, **EDDIE DAVIS** sues Defendants, KELSEY SHULTS, VALS BLAISE and PALM BEACH COUNTY and states the following:

1.    This is a federal civil rights action seeking money damages in excess of $50,000, exclusive of costs and fees for claims made pursuant to 42 U.S.C. §1983 and §1988, and the Fourth and Fourteenth Amendments to the United States Constitution.

### JURISDICTION AND VENUE

2.    This is an action for damages exceeding $50,000, not including costs, attorney's fees, and prejudgment interest.

3.    This is an action for money damages brought pursuant to the Civil Rights Act of 1971, 42 U.S.C. sections 1983 and 1988, the Fourth, and Fourteenth Amendments to the Constitution of the United States of America, and under the common law of the State of Florida against Defendants KELSEY SHULTS (hereinafter "Shults"), VALS BLAISE (hereinafter "Blaise" and PALM BEACH COUNTY hereinafter (PBC").

4.    Venue is proper in this district because it is where the events complained of occurred.

5.    Shults' conduct, individually and jointly, and through the authority given to her by PBC, made under color of law, violated the rights of the Plaintiff under the Fourth and Fourteenth Amendments to the United States Constitution as well as the statutes and laws of Florida.

1

NOT A CERTIFIED COPY

6.      Blaise's conduct, individually and jointly, and through the authority given to her by PBC, made under color of law, violated the rights of the Plaintiff under the Fourth and Fourteenth Amendments to the United States Constitution as well as the statutes and laws of Florida.

7.      At all times referred to herein, Plaintiff, EDDIE DAVIS  (hereinafter "Mr. Davis") is a resident of Plam Beach County, Florida.

8.      Defendant, PBC is a municipality in the State of Florida.

9.      Defendant, Shults is a resident of Palm Beach County, Florida, and at all relevant times herein, was a law enforcement officer employed by Plam Beach County Sheriff, a subdivision of PBC and was acting under the direction and control of the PBC.

10.     Defendant, Blaise is a resident of Palm Beach County, Florida, and at all relevant times herein, was a law enforcement officer employed by Plam Beach County Sheriff, a subdivision of PBC and was acting under the direction and control of the PBC.

11.     All conditions precedent have been performed or have occurred prior to the filing of this lawsuit including those set forth in Florida Statute Chapter 768.28(6).

## STATEMENT OF FACTS

12.     On January 1, 2025, Mr. Davis, was in his backyard of his home located at 1608 Sherwood Avenue, West Palm Beach, Florida at approximately 1:00-2:00 pm.

13.     On or about that time, Plam Beach Sheriff's showed up at Mr. Davis' home after there was a report that gunshots were fired in the area, and that there were two Black males shooting a long gun in the front of Mr. Davis' home.

14.     Mr. Davis, while he was outside in his backyard, was not in the front of his home, did not hear any gunshots,  and notably, there was no gunshot spotter that reported gunshots fired during the time period of 1:30 pm to 330 pm on January 1, 2025.

2

15.     At no time did anyone identify Mr. Davis of discharging a firearm at any time no less the time period.

16.     When the Deputy Sheriff's showed up Mr. Davis' home, he promptly informed that he did not own a firearm, but that he had received a pellet gun for Christmas and was shooting at targets in his backyard.

17.     Mr. Davis was advised there was a bullet hole in his neighbor's window, however, the bullet holes described in the neighbor's window did not match the size of the pellets that Mr. Davis was using for target practice in his backyard.

18.     Mr. Davis initially invited the officers including a K-9 Officer and Shults into his backyard where he provided them with the pellet gun (which was easily identifiable as pellet gun and not a gun that shoots live ammunition).

19.     Mr. Davis then requested that Shults and the other officers him to his front lawn since he had family including his wife and mother in the front.

20.     At no time did Mr. Davis ignore the officers or disrespect the officers,  but instead he was  simply asking them to follow him to the front of his home.

21.     At no time was Mr. Davis armed and never posed a threat to Shults or any other law enforcement officers.

22.     Notwithstanding that Mr. Davis had not committed any crime, had not obstructed justice, had complied with all law enforcement commands, inspired by Shults and at Shults' insistence, Mr. Davis was taken into custody, handcuffed and unlawfully seized in front of his family and against his will.

23.     Mr. Davis had not committed any crime or posed any threat the law enforcement that would support his seizure, and in fact, had done exactly the opposite.

3

24.     Mr. Davis was entirely cooperative and passive.

25.     Shults and later with the assistance of Blaise created an incident when there was no incident before their involvement.

26.     At no time did Shults or Blaise have probable cause or reason to detain and seize Mr. Davis, and theta despite his initial invitation of the on his property, he revoked his invitation and consent, since there was no crime committed.

27.     Instead of peacefully following Mr. Davis to the front his home as requested, Shults and Blaise decided to make this a physical confrontation, by restraining, detaining and seizing Mr. Davis with unnecessary force.

28.     Prior to filing this complaint, Mr. Davis wanted to review the events from that day, and obtained the body worn cam videos form the officers. Not only did the video confirm the police misconduct, but one of the officers that as present conformed to Shults and Blaise that hey mishandled the entire situation and that there was no reason to have placed Mr. Davis in handcuffs and detain him on his property and in front of his family.  Notably, after that officer's condemning the manner in which the Shults and the other officers handled the situation, the body worn cameras were promptly turned off in an apparent attempt to conceal a discussion concerning their misconduct.

29.     Also, another video showed that Sgt Blaise  was coaching  Officer Shults as to what to say to justify her unlawful and police misconduct.

30.     As a direct and proximate result of Shults' and Blaise's conduct, Mr. Davis was unlawfully detained, deprived of his liberty, and suffered severe emotional distress, loss of reputation,  and overall damaged Mr. Davis's physical and mental wellbeing.

4

## COUNT I

## Unlawful Arrest / False Imprisonment Under 42 U.S.C. § 1983
### (Against Deputy Sheriff Kelsey Shults)

31.     Mr. Davis realleges and adopts, as if fully set forth in Count I, the allegations of paragraphs 1-30 herein

32.     The actions of Deputy Sheriff Shults, individually, in causing the detainment, arrest and/or imprisonment of Mr. Davis in the absence of probable cause or reasonable suspicion were in violation of every lawful authority.  The actions of Defendant Deputy Sheriff Shults constitute false arrest/false imprisonment of Mr. Davis.

33.     The conduct of Deputy Sheriff Shults, individually, towards Mr. Davis was objectively unreasonable and violated Mr. Davis's clearly established rights under the Fourth and Fourteenth Amendments of the United States Constitution, and 42 U.S.C. § 1983, to be free from seizure and arrest in the absence of probable cause.

34.     Deputy Sheriff Shults unlawfully detained and deprived Mr. Davis of his liberty against his will and without legal authority or "color of authority" and which was unreasonable and unwarranted under the circumstances.

35.     As a direct and proximate result of the acts described herein, in violation of 42 U.S.C. § 1983, Mr. Davis not only suffered the injuries described above, but also suffers from emotional trauma, physical inconvenience and discomfort, loss of time, liberty and freedom, expenses incurred, imprisonment and resulting embarrassment, humiliation, and mental anguish.  Mr. Davis's losses are permanent and continuing and Mr. Davis will suffer the losses in the future.

   **WHEREFORE**, Plaintiff prays Judgment in his favor, for all compensatory damages in excess of $75,000 dollars; Cost of suit, trial by jury and for such other relief as this Honorable Court may deem just and appropriate.

## COUNT II

### Violation of 4th and 14th Amendment Right to Be Free From Unreasonable Seizure
### (Against Deputy Sheriff Kelsey Shults)

36.    Mr. Davis realleges and adopts, as if fully set forth in Count II, the allegations of paragraphs 1-30.

37.    The conduct of Deputy Sheriff Shults towards Mr. Davis, as more fully set forth above, was objectively unreasonable and resulted in Mr. Davis's denial of his 4th and 14th Amendment right to be free from an unreasonable seizure, which is clearly established constitutional rights under the Fourth and 14th Amendments United State Constitution and 42 U.S.C. §1983.

38.    More specifically, Deputy Sheriff Shults's intentionally and recklessly detained and seized and deprived Mr. Davis of his liberty without any reasonable suspicion, probable cause or any other legal justification for doing the same.

39.    Deputy Sheriff Shults' misconduct was excessive and shocks the conscience, and was reckless, objectively unreasonable, and constituted an excessive use of his power and authority as a law enforcement officer   in violation of Mr. Davis's 4th, 5th, 8th, and 14th Amendment rights under the United States Constitution.

40.    As a direct and proximate result of the acts described above, Deputy Sheriff Shults violated of 42 U.S.C. §1983 which caused Mr. Davis not only suffered the injuries described in paragraph 1-30 above, but also suffered from mental anguish, physical inconvenience and discomfort, loss of time, expenses incurred due to the arrest, imprisonment, embarrassment and humiliation Mr. Davis's losses are permanent and continuing and Mr. Davis will suffer the losses in the future.  Mr. Davis has also agreed to pay the undersigned a reasonable fee for her services herein.

**WHEREFORE**, Plaintiff prays Judgment in his favor, for all compensatory damages in excess of $75,000 dollars; Cost of suit, trial by jury and for such other relief as this Honorable Court may deem just and appropriate.

## COUNT III
### Intentional Infliction of Emotional Distress
### (Against Deputy Sheriff Shults)

41.    Mr. Davis realleges paragraphs 1-30 and incorporates them by reference herein.

42.    Deputy Sheriff Shults's conduct as mentioned above was intentional and/or reckless, that is, he intended his behavior when he knew or should have known that Mr. Davis was suffer from emotional distress would likely result.

43.    Deputy Sheriff Shults's conduct was outrageous, that is, as to go beyond all bounds of decency, and to be regarded as odious and utterly intolerable in a civilized community.

44.    Deputy Sheriff Shults's conduct proximately and directly caused Mr. Davis to become emotionally distressed, which was severe and remains severe.

45.    By engaging in the acts alleged herein, Defendant Deputy Sheriff Shults engaged in outrageous conduct with an intent to or with reckless disregard of the probability of causing Mr. Davis to suffer emotional distress.

**WHEREFORE**, Plaintiff prays Judgment in his favor, for all compensatory damages in excess of $75,000 dollars; Cost of suit, trial by jury and for such other relief as this Honorable Court may deem just and appropriate.

## COUNT IV
### Unlawful Arrest / False Imprisonment Under 42 U.S.C. § 198,
### (Against Deputy Sheriff Blaise)

46.    Mr. Davis realleges and adopts, as if fully set forth in Count I, the allegations of paragraphs 1-30 herein

7

47.     The actions of Deputy Sheriff Blaise, individually, in causing the detainment, arrest and/or imprisonment of Mr. Davis in the absence of probable cause or reasonable suspicion, and instead of the contrived statement of events by Deputy Sheriff Blaise were in violation of every lawful authority.   The actions of Defendant Deputy Sheriff Blaise constitute false arrest/false imprisonment of Mr. Davis.

48.     The conduct of Deputy Sheriff Blaise, individually, towards Mr. Davis was objectively unreasonable and violated Mr. Davis's clearly established rights under the Fourth and Fourteenth Amendments of the United States Constitution, and 42 U.S.C. § 1983, to be free from seizure and arrest in the absence of probable cause.

49.     Deputy Sheriff Blaise unlawfully detained and deprived Mr. Davis of his liberty against his will and without legal authority or "color of authority" and which was unreasonable and unwarranted under the circumstances.

50.     As a direct and proximate result of the acts described herein, in violation of 42 U.S.C. § 1983, Mr. Davis not only suffered the injuries described above, but also suffers from emotional trauma, physical inconvenience and discomfort, loss of time, liberty and freedom, expenses incurred, imprisonment and resulting embarrassment, humiliation, and mental anguish. Mr. Davis's losses are permanent and continuing and Mr. Davis will suffer the losses in the future.

     **WHEREFORE**, Plaintiff prays Judgment in his favor, for all compensatory damages in excess of $75,000 dollars; Cost of suit, trial by jury and for such other relief as this Honorable Court may deem just and appropriate.

**COUNT V**
**Violation of Mr. Davis's 5th and 6th Amendment  Right to Due Process**
**(Against Deputy Sheriff Blaise)**

51.   Mr. Davis realleges and adopts, as if fully set forth in Count II, the allegations of paragraphs

1-30.

52.   The conduct of Deputy Sheriff Blaise towards Mr. Davis, as more fully set forth above,

was objectively unreasonable and resulted in Mr. Davis's denial of due process rights and his

right to a fair trial, which are clearly established constitutional rights under the Fifth and Sixth

Amendments of the United State Constitution and 42 U.S.C. §1983.

53.   More specifically, Deputy Sheriff Blaise's intentionally and recklessly tampered with

witnesses, namely Deputy Sheriff Shults and induce her into making false statements against

Mr. Davis in order to justify the unjustifiable unlawful use of force and unlawful detention.

54.   Deputy Sheriff Blaise' misconduct was excessive and shocks the conscience, and was

reckless, objectively unreasonable, and constituted an excessive use of his power and authority

as a law enforcement officer  in violation of Mr. Davis's 4th, 5th, 8th, and 14th Amendments to

the United States Constitution and 42 USC §1983.

55.   As a direct and proximate result of the acts described above, Deputy Sheriff Blaise

violated of 42 U.S.C. §1983 which caused Mr. Davis not only suffered the injuries described

in paragraph 1-30 above, but also suffered from mental anguish, physical inconvenience and

discomfort, loss of time, expenses incurred due to the arrest, imprisonment, embarrassment and

humiliation  Mr. Davis's losses are permanent and continuing and Mr. Davis will suffer the

losses in the future.  Mr. Davis has also agreed to pay the undersigned a reasonable fee for her

services herein.

   **WHEREFORE**, Plaintiff prays Judgment in his favor, for all compensatory damages in excess

9

of $75,000 dollars; Cost of suit, trial by jury and for such other relief as this Honorable Court may deem just and appropriate.

## COUNT VI
### Intentional Infliction of Emotional Distress
### (Against Deputy Sheriff Blaise)

56.    Mr. Davis realleges paragraphs 1-30 and incorporates them by reference herein.

57.    Deputy Sheriff Blaise's conduct as mentioned above was intentional and/or reckless, that is, he intended his behavior when he knew or should have known that Mr. Davis was suffer from emotional distress would likely result.

58.    Deputy Sheriff Blaise's conduct was outrageous, that is, as to go beyond all bounds of decency, and to be regarded as odious and utterly intolerable in a civilized community.

59.    Deputy Sheriff Blaise's conduct proximately and directly caused Mr. Davis to become emotionally distressed, which was severe and remains severe.

60.    By engaging in the acts alleged herein, Defendant Deputy Sheriff Blaise engaged in outrageous conduct with an intent to or with reckless disregard of the probability of causing Mr. Davis to suffer emotional distress.

**WHEREFORE**, Plaintiff prays Judgment in his favor, for all compensatory damages in excess of $75,000 dollars; Cost of suit, trial by jury and for such other relief as this Honorable Court may deem just and appropriate.

## COUNT VII

### Federal Civil Rights Violations
### (Against Palm Beach County)

61.    Mr. Davis realleges paragraphs 1-30 and incorporates them by reference herein.

62.    Deputy Sheriff Shults and Deputy Sheriff Blaise committed acts that violated Mr. Davis's civil and constitutional rights as more fully set forth above.

10

63.     Despite the Palm Beach County learning of Deputy Sheriff Shults' and Deputy Sheriff Balise's conduct, they were not been disciplined for their unnecessary and excessive use of power and authority, and fabrication of events to justify the unjustifiable and the use of improper police procedures and protocol.

64.     Unlawfully detaining and seizing an individual was excessive and the unnecessary use force and police authority, and then fabricating the events in order to cover up and justify the unjustifiable was also an unnecessary use force and police authority,

65.     Palm Beach County's actions and omissions, and failure discipline and/or reprimand Deputy Sheriffs Shults and Blaise was done pursuant to following *de facto* policies, practices, and/or customs of the Palm Beach County that are so pervasive as to carry the force of law.

66.     Palm Beach County has a *de facto* policy, practice, and/or custom of concealing and/or suppressing officer misconduct, including the use excessive and the unnecessary use force and police authority, and overall police misconduct

67.     The concealment and suppression of the existence of misconduct includes, but is not limited

to: failure to sufficiently investigate allegations of misconduct; failure to accept and act on citizen complaints against police officers; failure to investigate criminal conduct involving officers; disparate treatment between an officer who is the subject of an investigation and a non-officer suspect; failure to promptly interview the suspected officer; failure to properly and sufficiently discipline an officer, even when a complaint is sustained; and failure to initiate prompt disciplinary procedures related to the alleged misconduct, even when the allegation of misconduct is meritorious.

68.     Palm Beach County has a *de facto* policy, practice, and/or custom of failing to adequately

11

investigate the complaints against its law enforcement officers, maintain accurate and complete records of complaints and investigations of misconduct, turning over and disclosure of complete records of complaints and investigations of misconduct.

69.     Palm Beach County acted in a manner consistent with a *de facto* policy, practice, and/or customs as described above when it chose not to immediately discipline Deputy Sheriff Shults for the constitutional violations committed against Mr. Davis.

70.     Palm Beach County acted in a manner consistent with a *de facto* policy, practice, and/or customs as described above when it engaged in conduct such as, but not limited to, the following:

    a.  The Palm Beach County Internal Affairs ("IA"), and Police Department supervisors and superiors failed to conduct proper administrative investigations into Deputy Sheriff Shults's actions.

    b.  Palm Beach County IA, and Palm Beach County Sheriff supervisors and superiors failed to lawfully and/or properly adjudicate the administrative investigations into the complaints against Deputy Sheriff Shults and Blaise both before and after the Davis incident.

    c.  Palm Beach County failed to properly investigate and/or discipline Deputy Sheriff Shults and Blaise both before and after the Davis incident.

    d.  Palm Beach County failed to dismiss Deputy Sheriff Blaise when he tampered with witnesses and induced another to make false statements against Mr. Davis.

    e.  Palm Beach County and its Police Department's policies and practices governing behavioral intervention are deficient in that they are non-disciplinary.

71.     As a direct and proximate result of the Palm Beach County's misconduct, Mr. Davis was subjected to injury, including deprivations of their civil rights.

72.     Mr. Davis suffered damages, including mental anguish, humiliation, and which losses are permanent.

WHEREFORE, Plaintiff prays Judgment in his favor, for all compensatory damages in excess of $75,000 dollars; Cost of suit, trial by jury and for such other relief as this Honorable Court may deem just and appropriate.

### COUNT VIII
### Respondeat Superior Against the Palm Beach County

73.     Mr. Davis realleges paragraphs 1-30 and incorporates them by reference herein.

74.     At all times relevant herein., Deputy Sheriff Shults and Deputy Sheriff Blaise were agents, officers, servants, and/or employees of the Palm Beach County, and were within the scope of employment when they committed the complained of acts herein, and were in the course and scope of their employment with the Palm Beach County.

75.     At all times relevant herein, while in the course and scope of their employment with the Palm Beach County, Deputy Sheriffs Shults' and Blaise's misconduct as described above was committed while they were within the scope of their employment with the Palm Beach County.

76.     Accordingly, the Palm Beach County is responsible for the acts of Deputy Sheriff Shults and Blaise since their misconduct was performed in the course and scope of their employment with the Palm Beach County.

77.     As a direct result of Deputy Sheriffs Shults' and Blaise's misconduct for which the Palm Beach County is vicariously liable, the Palm Beach County is vicariously liable.

78.     Mr. Davis suffered permanent losses and damages including but not limited to bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expenses of medical care and treatment, aggravation or acceleration of an existing disease or physical defect, or activation of an existing disease or physical defect, loss of earnings and loss of ability to earn money. These losses are either permanent

13

or continuing in nature and the Plaintiffs will suffer these losses in the future.

**WHEREFORE**, Plaintiff, demands judgment against the Palm Beach County for damages, prejudgment interest, costs of this action and all other further equitable and legal relief as this Court may deem appropriate, and demands a jury trial on all issues so triable.

Respectfully submitted,

_____

EDDIE DAVIS
Plaintiff Pro Se
1608 Sherwood Avenue
West Palm Beach, Florida 33407
Phone: 561 707-8921
Email: Eddiebigdog100@aol.com

14

Filing # 227666514 E-Filed 07/21/2025 10:34:17 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

EDDIE DAVIS,                                    CASE NO.502025CA003766XXXAMB

        Plaintiff,

v.

KELSEY SHULTS, VALS BLAISE,
and PALM BEACH COUNTY,

        Defendants.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

**YOU ARE HEREBY NOTIFIED** that the undersigned attorneys do hereby enter their appearance as attorneys of record for the Defendants KELSEY SHULTS and VALS BLAISE, in the above-styled cause, and you are hereby requested to furnish the said attorneys with copies of all future motions, orders, etc., in this cause.

Further, pursuant to Florida Rule of Judicial Administration 2.516, undersigned counsel hereby files this his Notice of Designation of Primary E-Mail Address as follows:

Primary e-mail address:      Christy@purdylaw.com

Secondary e-mail address:   Rose@purdylaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 21, 2025, I electronically filed a copy of the foregoing with the Clerk of the Court by using the Florida E-Portal filing system, and that a copy was served on Plaintiff EDDIE DAVIS via US Mail at 1608 Sherwood Avenue, West Palm Beach, Florida 33407.

*/s/ Christy M. Imparato*
CHRISTY M. IMPARATO, ESQUIRE
Fla. Bar No. 84631
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:     (954) 462-3200
E-mail: Christy@purdylaw.com; Rose@purdylaw.com
Attorney for *Defendants*
Trial Counsel



**JOSEPH ABRUZZO**

**RECEIPT**
5757309

CLERK OF THE CIRCUIT COURT & COMPTROLLER

PALM BEACH COUNTY, FLORIDA

Printed On:
04/22/2025 11:30
Page 1 of 1

| Receipt Number: 5757309 - Date 04/22/2025  Time 11:30AM | |
|---|---|
| **Received of:** | A Legal Appeal, Inc.<br>5546 Muirfield Village Cir<br>Lake Worth Florida<br>Lake Worth, FL 33463 |

| | | | |
|---|---|---|---|
| **Cashier Name:** | ADMIN | **Balance Owed:** | 401.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 401.00 |
| **Receipt ID:** | 12202250 | **Remaining Balance:** | 0.00 |
| **Division:** | AJ: Circuit Civil Central - AJ(Civil) | | |

| Case# 50-2025-CA-003766-XXXA-MB -- PLAINTIFF/PETITIONER: DAVIS, EDDIE | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 401.00 | 401.00 | 0.00 |
| **Case Total** | **401.00** | **401.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_ACH | 14755759 | 401.00 |
| **Total Received** | | **401.00** |
| **Total Paid** | | **401.00** |

**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your
feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.

Filing # 221592682 E-Filed 04/23/2025 09:14:40 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION: "AJ"
CASE NO.: 502025CA003766XXXAMB

EDDIE DAVIS,
      Plaintiff/Petitioner
vs.
KELSEY SHULTS,
VALS BLAISE,
PALM BEACH COUNTY,
      Defendant/Respondents.
_____/

## UNIFORM DIFFERENTIATED CASE MANAGEMENT ORDER
## AND ORDER SETTING TRIAL
(DCMGJT)

    **THIS MATTER** is a Circuit Civil case calling for a jury trial. Pursuant to Fla. R. Gen. Prac. & Jud. Admin. 2.250(a)(1)(B) and 2.545(b), and Fifteenth Judicial Circuit Administrative Order 3.110 (as amended), **Plaintiff/Petitioner is directed to serve this Order upon each Defendant/Respondent with the initial Complaint/Petition and Summons**.

    It is hereby **ORDERED AND ADJUDGED** that this case is designated to the **GENERAL TRACK** for time to disposition. The deadlines and procedures set forth in this Order will be strictly enforced unless changed by court order.

Consistent with the Professionalism Expectations of the Florida Supreme Court and the Florida Bar, the parties and counsel are expected to govern themselves at all times with a spirit of cooperation, professionalism and civility. They are expected to accommodate each other whenever reasonably possible and eliminate disputes by reasonable agreements. Self-Represented/*Pro Se* Litigants (i.e., those without counsel) are held to the same procedural and legal obligations as are imposed upon counsel.

  I.  **SCHEDULING**

    A.  **Calendar Call**

        **YOU MUST APPEAR FOR A MANDATORY CALENDAR CALL on February 12, 2027 at 9:00 am.** The parties must be ready to try the case by that date. The actual trial period begins on the docket associated with this Calendar Call date as provided in Divisional Instructions or by court order.

        Calendar Call may be conducted in person, via Zoom or by e-calendar. All parties are instructed to review the Court's Divisional Instructions for specific procedures at www.15thcircuit.com/divisions.

*** FILED: PALM BEACH COUNTY, FL  JOSEPH ABRUZZO, CLERK. 04/23/2025 09:14:40 AM ***

Case No. 50-2025-CA-003766-XXXA-MB

At the Calendar Call, the Court may conduct a final case management conference. Attorneys who appear for Calendar Call must be prepared on all pending matters and have authority to make representations to the Court and enter into binding agreements concerning motions, issues, and scheduling. These include issues raised by the parties' Pre-Trial Stipulation; trial procedures; jury selection procedures; jury instructions and objections; and the need for any special equipment, courtroom facilities, or interpreters. An appearing attorney must be prepared to advise the Court of all attorneys' availability for trial and future hearings as necessary.

**This Order serves as notice to the parties that failure to attend Calendar Call will result in an Order of Dismissal without prejudice, or entry of default, without further notice or hearing.** *See* Fla. R. Civ. P. 1.200(j)(6).

B. **Case Management Deadlines**

The following deadlines strictly apply unless otherwise modified by the Court:

|     | EVENTS | COMPLETION DEADLINE |
| --- | --- | --- |
| 1. | Service of Complaint | August 19, 2025; service under extension is only by court order. |
| 2. | Answer and/or initial motions/objections directed to the pleadings (i.e. to dismiss or strike) | 20 days after service |
| 3. | Initial Discovery Disclosures | 60 days after service |
| 4. | Amendment of pleadings/Adding parties | December 27, 2025 |
| 5. | Resolution of all motions/objections directed to the pleadings and pleadings closed | February 15, 2026 |
| 6. | Disclosure of Expert Witness(es) | July 27, 2026 |
| 7. | Disclosure of Rebuttal Experts | August 26, 2026 |
| 8. | Inspections, Expert Witness Depositions and Compulsory Examinations completed | November 14, 2026 |
| 9. | File Witness & Exhibit Lists | November 24, 2026 |
| 10. | Completion of Discovery relating to Summary Judgment and *Daubert* Motions | November 14, 2026 |
| 11. | File and Serve Motion(s) for Summary Judgment and *Daubert* Motions | November 24, 2026 |
| 12. | File Rebuttal Witness Lists | December 14, 2026 |
| 13. | Completion of All Discovery | January 3, 2027 |
| 14. | Pre-Trial Meet & Confer | January 13, 2027 |
| 15. | File all Pre-Trial Motions (i.e. Motions in Limine) | January 13, 2027 |
| 16. | Deadline for Mediation | February 2, 2027 |
| 17. | Deposition Designations | February 2, 2027 |

Case No. 50-2025-CA-003766-XXXA-MB

| 18. | File Joint Pre-Trial Stipulation | February 2, 2027 |
| --- | --- | --- |
| 19. | Deadline to hear ALL Motions | February 7, 2027 |
| 20. | Jury Instructions and Verdict Form | February 9, 2027 |
| 21. | Calendar Call/Trial Ready Date | February 12, 2027 |
| 22. | Trial Period | Begins on the docket associated with the above Calendar Call date, as provided in Divisional Instructions or by court order. |

**Note: If the above deadlines fall on a weekend or holiday, please refer to Fla. R. Gen. Prac. & Jud. Admin. 2.514.**

The parties are expected to actively manage the case and to confer early and often to ensure compliance with the Florida Rules of Civil Procedure and this order in timely resolving this case. **The parties are encouraged to file, meet, and make disclosures prior to the deadlines imposed above, in order to ensure compliance with the Rules requiring timely disposition of cases.**

The Court may, at any time, modify this Order by entry of: 1) an Amended Trial Order, 2) an Amended Case Management Order, or 3) any other Order intended to establish a modified case resolution schedule, any of which shall supersede the deadlines set forth in this Order. The Court reserves the authority to expedite the trial setting and amend pretrial deadlines accordingly. The Court further retains its discretion to modify any provision herein.

C. **Motions**

Unless court approval is required to set a particular motion for hearing, the parties must expeditiously set all contested motions for hearing. All non-dispositive motions, including motions directed to the pleadings, must be scheduled for hearing within **five (5) days** of filing. Parties shall schedule the hearing for the first vacancy on the Court's docket when all parties are available. **Failure to schedule a hearing within five (5) days may result in the Court deeming the motion(s) abandoned without further notice or hearing**.

The moving party shall be the party responsible for securing the presence of a court reporter. The moving party shall advise all parties in writing in advance of the hearing or trial of the arrangements made, if any, for the presence of a court reporter, or shall advise all parties in advance of the hearing or trial that the moving party has chosen not to obtain a court reporter.

Before filing a non-dispositive motion, the movant must follow Rule 1.202 and Local Rule 4. Failure to comply with the requirements of Rule 1.202 and Local Rule 4 may result in sanctions against the non-compliant party.

The requirements of Rule 1.202 do not apply when the movant or the nonmovant is

Case No. 50-2025-CA-003766-XXXA-MB

unrepresented by counsel *(pro se)*.

D. **Extensions, Modifications and Continuances**

**Extensions of Deadlines Other than Trial/Calendar Call: All motions to extend deadlines must be filed prior to the deadline**. Untimely motions will be denied absent compelling circumstances and a showing of good cause.

The parties must strictly follow Rule 1.200(e) and Administrative Order 3.110 (as amended) when filing motions for extension or modification. If the parties agree, and the extension will not prevent the case from being trial ready by the original Calendar Call date, the parties may file a motion and submit for the Court's consideration an agreed order or proposed Amended DCMO, as applicable under Rule 1.200(e)(1). The motion shall identify which deadlines are requested to be extended and the basis for the request. Each agreed order or Amended DCMO must contain agreed-upon dates for all remaining deadlines and confirm that the Calendar Call date remains as previously set. The Court will accept the amendment or direct the parties to set a DCM Conference. **Agreements to extend the dates for the filing of Summary Judgment and *Daubert* motions, and for completion of discovery, must be set for hearing, and the parties must be prepared to address how the proposed extension will not affect the Calendar Call date.**

**Motions to Continue Trial:** Motions to continue trial must strictly comply with Rule 1.460. **Motions to continue are disfavored and will rarely be granted and then only upon good cause shown. Successive continuances are highly disfavored. Lack of due diligence in preparing for trial is not grounds to continue the case.** Failure to timely complete discovery and/or file a motion for summary judgment shall not be grounds to continue the trial.

E. **DCM Conferences**

If any party is unable to meet the deadlines set forth in this Order for any reason, including unavailability of hearing time, the affected party must promptly set a DCM conference as described in Administrative Order 3.110 (as amended), identifying the hearing time requested and the pending motion(s). DCM conferences shall be scheduled through online scheduling (OLS) on either the Court's: 1) DCM - Case Management Conference docket; or 2) Uniform Motion Calendar, in accordance with Divisional Instructions.

II. **UNIFORM PRE-TRIAL PROCEDURE**

A. TIMELY SERVICE AND DEFAULTS

Parties must make reasonable efforts to ensure speedy service. Each return of service must be separately filed for each defendant. If service is not completed within ninety (90) days, an Order will be issued directing service by the **ONE-HUNDRED TWENTY (120) DAY DEADLINE**. Failure to comply will result in dismissal of the

Case No. 50-2025-CA-003766-XXXA-MB

case or party for lack of service. Any motions to extend the deadline for service must specify why service could not have been effectuated, what is being done to effectuate service and request only that amount of additional time necessary.

If all defendants become defaulted, a Motion for Default Final Judgment along with supporting documentation must be filed within **thirty (30) days** of the last default and set for hearing at the next available hearing time.

B. INITIAL DISCLOSURES

Within **sixty (60) days after service** on a defendant, and except as exempted by Rule 1.280(a)(2) or as ordered by the court, each party must, without awaiting a discovery request, provide to the other parties initial discovery disclosures in compliance with Rule 1.280(a), unless privileged or protected from disclosure.

C. EXHIBITS AND WITNESSES

No later than **eighty (80) days before Calendar Call**, each party shall file and exchange lists of all trial exhibits, names, and addresses of all trial witnesses. Each party's witness list must include a brief description of the substance and scope of the testimony to be elicited from each witness. Both sides must cooperate in the scheduling of all witness depositions.

Each party's exhibit list shall include each exhibit separately numbered and identified. Generic or prospective designations are not allowed (e.g. insurer's file, documents to be produced, etc.). Each party shall provide for a reasonable time and place for the other parties to review and copy the exhibits.

D. EXPERT WITNESS DISCLOSURES

In addition to the names and addresses of each expert retained to formulate an expert opinion, as well as any hybrid fact/expert witnesses, no later than **two-hundred (200) days before Calendar Call**, the parties must provide:

1. The subject matter about which the expert will testify;
2. The opinions to which the expert will testify;
3. A summary of the grounds and facts for each opinion; and
4. A copy of the expert's curriculum vitae.

**Each expert will be limited to testifying only about those matters which have been fully disclosed.**

Parties shall furnish opposing counsel with two (2) alternative dates of availability of all expert witnesses for the purpose of taking their deposition. All parties shall cooperate in the scheduling of expert depositions.

The parties shall also provide answers to standard form expert interrogatories. All

Case No. 50-2025-CA-003766-XXXA-MB

reports or other data compiled by each disclosed expert which are intended to be used by the expert and/or referred to during his/her deposition testimony shall be provided electronically to all opposing parties at least 72 hours prior to the date of the scheduled deposition.

**Rebuttal/Responsive Experts**

No later than **one-hundred seventy (170) days before Calendar Call**, the parties shall provide opposing counsel with a written list with the names and addresses of all rebuttal/responsive expert witnesses intended to be called at trial and only those rebuttal/responsive expert witnesses listed shall be permitted to testify. The parties shall also furnish opposing counsel with expert reports or summaries of all rebuttal/responsive expert witnesses' anticipated testimony to the same extent as the expert disclosure requirement above.

Within **thirty (30) days** following this disclosure, the parties shall make their rebuttal/responsive experts available for deposition. The experts' depositions may be conducted without further Court order.

E. REBUTTAL FACT WITNESSES AND EXHIBITS

No later than **sixty (60) days before Calendar Call**, the parties must file and exchange lists of names and addresses of all rebuttal fact witnesses and lists of any rebuttal exhibits.

F. ADDITIONAL EXHIBITS, WITNESSES OR OBJECTIONS

At trial, the parties will be strictly limited to exhibits and witnesses previously disclosed absent agreement of the parties or order of the Court upon good cause shown. A party desiring to use an exhibit or witness discovered after counsel have conferred must immediately furnish the Court and other counsel with a description of the exhibit or with the witness' name and address and the expected subject matter of the witness' testimony, together with the reason for the late discovery of the exhibit or witness. Failure to reserve objections constitutes a waiver. Use of the exhibit or witness may be allowed by the Court for good cause shown.

G. DEPOSITION DESIGNATIONS

No later than **ten (10) days prior to Calendar Call**, each party must serve deposition designations, or portions of depositions, each intends to offer as testimony. No later than **eight (8) days prior to Calendar Call**, each opposing party is to serve any counter (or "fairness") designations, together with objections to the depositions, or portions thereof, originally designated. No later than **five (5) days before Calendar Call**, each party must serve any objections to counter-designations served by an opposing party.

H. DISCOVERY COMPLETION

Case No. 50-2025-CA-003766-XXXA-MB

All discovery relating to Summary Judgment and *Daubert* motions must be completed no later than **ninety (90) days prior to Calendar Call**.

All discovery must be completed no later than **forty (40) days prior to Calendar Call**.

Rulings as to admission on late discovery will be made on a case by case basis. Absent unforeseeable, exigent circumstances, the failure to complete discovery is not grounds for a continuance.

I. COUNSEL MEETING AND PRE-TRIAL STIPULATION

Counsel or the parties, if not represented by counsel, shall meet in person at a mutually convenient time and place no later than **thirty (30) days before Calendar Call** to discuss settlement, simplify the issues, and stipulate to as many facts and issues as possible, and prepare a Pre-Trial Stipulation in accordance with this paragraph.

It shall be the duty of Plaintiff's counsel to see that the Pre-Trial Stipulation is drawn, executed by counsel for all parties, and filed with the Clerk no later than **ten (10) days prior to Calendar Call. UNILATERAL PRE-TRIAL STIPULATIONS ARE DISALLOWED, UNLESS APPROVED BY THE COURT AFTER NOTICE AND HEARING.** If a party does not receive a substantive response to a proposed Pre-Trial Stipulation after good faith effort, such party shall file a unilateral Pre-Trial Stipulation with a certification of all efforts that were made to confer with the opposing party. Counsel for all parties are charged with good faith cooperation in preparing the Pre-Trial Stipulation, and the parties shall make exhibits available for inspection and copying. Failure to cooperate in preparing the Pre-Trial Stipulation may result in striking pleadings, witnesses, or exhibits.

The Pre-Trial Stipulation must contain the following in separately numbered paragraphs:

1. Names and contact information of attorneys to try case.
2. A list of all pending motions requiring action by the Court. **Motions not listed are deemed abandoned or waived**.
3. A statement of estimated trial time, including the total number of trial days anticipated, and the time needed per side for (1) jury selection, (2) opening arguments, (3) each case in chief, and (4) closing arguments.
4. **Statement of the Facts:** A concise statement of the facts in an impartial, easily understandable manner which may be read to the jury.
5. **Statement Facts and Agreed Rules of Law:** A list of any stipulated facts requiring no proof at trial and any agreed rules of law.
6. **Statements of Disputed Law & Fact:** A statement of disputed issues of law and fact that are to be tried.

Case No. 50-2025-CA-003766-XXXA-MB

7. **Witness Lists:** Parties must attach their previously filed Witness Lists, including rebuttal or impeachment witnesses. If any party objects to any witness, such objections must be stated in the Stipulation, setting forth the grounds with specificity. At trial, all parties will be strictly limited to witnesses properly and timely disclosed. Only those witnesses listed by NAME will be permitted to testify at trial.

8. **Exhibit Lists:** Parties must attach their previously filed Exhibit Lists. All exhibits to be offered in evidence at trial must have been made available to opposing counsel for examination. Only those exhibits listed may be offered in evidence. If any party objects to the introduction of any such exhibit, such objection must be stated in the Pre-Trial Stipulation, setting forth the grounds with specificity. Demonstrative exhibits (e.g. PowerPoints, charts, enlargements of exhibits) to be used at a Jury Trial must be displayed to all counsel before being shown to the jury. All exhibits must be pre-marked and numbered consistent with Clerk guidelines.

9. **Jury Instructions:** Counsel must identify all agreed-upon standard jury instructions and all special instructions. Any objections or disputed jury instructions must be attached and identified as to the party that proposed the instruction [indicated in redline/track changes]. Copies of all agreed-upon instructions or disputed instructions must be attached to the Stipulation as one document, redlined as necessary, along with copies of supporting statutory citations and/or case law.

10. **Verdict Forms:** The jury verdict form must be attached and designated as agreed to or disputed.

11. **Peremptory Challenges:** State the number of peremptory challenges for each party.

12. Other agreements or issues for trial, if any.

Failure to file a Joint Pre-Trial Stipulation as provided above may result in Court-imposed sanctions, including dismissal or default without further notice of the Court.

J. <u>MOTIONS</u>

**Summary Judgment and *Daubert* Motions** must be filed at least **eighty (80) days before Calendar Call**. The parties shall confer regarding summary judgment motions to ensure discovery necessary for those motions is completed in advance of their filing.

**ALL MOTIONS** (including dispositive motions and motions in limine), deposition objections, and expert challenges must be filed, served and heard at least **five (5) days before Calendar Call**.

K. <u>PRE-MARKING EXHIBITS</u>

Prior to trial, each party is to mark for identification all exhibits in accordance with the guidelines of the Clerk of Court. Instructions and templates may be found at: www.mypalmbeachclerk.com/departments/courts/evidence-guidelines/civil-evidence.

Case No. 50-2025-CA-003766-XXXA-MB

L.  ENLARGED JURY PANELS

Local Rules require advance approval of the Chief Judge and Jury Office for jury panels exceeding 31 jurors. **To ensure enough jurors are available, requests for enlarged jury panels must be resolved at least six (6) months before Calendar Call.** Failure to timely request an enlarged panel may result in Court-ordered sanctions, including a limitation on peremptory challenges.

M.  INTERPRETERS

Unless otherwise ordered by the Court, it shall be the responsibility of the party who needs the services of an interpreter, whether for a litigant or for a witness, to have a competent interpreter present in court.

N.  JURY INSTRUCTIONS AND VERDICT FORM

A joint set of proposed jury instructions and a proposed verdict form must be provided to the court no less than **three (3) days before Calendar Call** in a printed form appropriate for submission to the jury and in Microsoft Word format.

If there is an objection to a proposed instruction, the instruction should be followed by the specific objection, a brief explanation, and a citation to legal authority. If an alternative or modified instruction is proposed, it should follow the instruction it is intended to replace.

O.  UNIQUE QUESTIONS OF LAW

Prior to calendar call, counsel for the parties are directed to exchange and simultaneously submit to the Court appropriate memoranda with citations to legal authority in support of any unique legal questions that may reasonably be anticipated to arise during the trial.

III.  **MEDIATION**

A.  MEDIATION REQUIRED

1.  All parties are required to participate in mediation.
2.  The attendance of counsel who will try the case and representatives of each party with full authority to enter into a complete compromise and settlement is mandatory. If insurance is involved, an adjuster with authority up to the policy limits must attend.
3.  At least one week prior to a scheduled mediation conference, all parties are to file with the mediator a brief, written summary of the case containing a list of issues as to each party.
4.  All communications at the mediation conference are privileged consistent with

Case No. 50-2025-CA-003766-XXXA-MB

Florida Statutes sections 44.102 and 90.408.

5. The mediator has no power to compel or enforce a settlement agreement. If a settlement is reached, it is a responsibility of the attorneys or parties to reduce the agreement to writing and to comply with Florida Rule of Civil Procedure 1.730(b), unless waived.

B. <u>MEDIATION SCHEDULING</u>

**The Plaintiff's attorney is responsible for scheduling mediation**. The parties should agree on a mediator. If they are unable to agree, any party may apply to the Court for appointment of a mediator in conformity with Rule 1.720 (j), Fla. R. Civ. P. The lead attorney or party must file and serve on all parties and the mediator a Notice of Mediation giving the time, place, and date of the mediation and the mediator's name.

C. <u>COMPLETION OF MEDIATION BEFORE CALENDAR CALL</u>

Completion of mediation prior to calendar call is a prerequisite to trial and must be completed no later than **ten (10) days prior to Calendar Call**. If mediation is not conducted, or if a party fails to participate in mediation, the Court may impose sanctions, including monetary sanctions, striking pleadings and witnesses, and dismissal or default without further notice of the Court.

D. <u>OPPOSITION TO MEDIATION</u>

Any party opposing mediation may proceed under Florida Rule of Civil Procedure 1.700(b).

IV. **<u>NON-COMPLIANCE</u>**

**NON-COMPLIANCE WITH ANY PORTION OF THIS ORDER MAY RESULT IN THE STRIKING OF THE PLEADINGS, WITNESSES, OR EXHIBITS, ENTRY OF DEFAULT OR DISMISSAL WITHOUT FURTHER NOTICE OF THE COURT, OR IMPOSITION OF SUCH OTHER SANCTIONS AS IS JUST AND PROPER.**

**DONE AND ORDERED** in West Palm Beach, Palm Beach County, Florida.

50-2025-CA-003766-XXXA-MB   04/23/2025
Maxine Cheesman   Circuit Judge

50-2025-CA-003766-XXXA-MB   04/23/2025
Maxine Cheesman
Circuit Judge

A copy of this Order has been furnished to the Plaintiff. The Plaintiff shall serve this Order to the

Case No. 50-2025-CA-003766-XXXA-MB

Defendant(s) in compliance with Administrative Order 3.110 (amended).



Case No. 50-2025-CA-003766-XXXA-MB

# ADA NOTICE

This notice is provided pursuant to Administrative Order No. 2.207-7/22

"**If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**"

"**Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**"

"**Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.**"

Filing # 222024335 E-Filed 05/04/2025 10:05:29 AM

IN THE CIRCUIT COURT FOR THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

EDDIE DAVIS                              Case No: 502025CA003766XXXAMB

    Plaintiff,

v.


KELSEY SHULTS, VALS BLAISE
and PALM BEACH COUNTY,
    Defendants.

_____/

                    SUMMONS

    THE STATE OF FLORIDA:
    To Each Sheriff of the State:


**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in this lawsuit on **Defendant, PALM BEACH COUNTY, C/O DENISE COFFMAN, 301 NORTH OLIVE AVENUE, SUITE 601, PALM BEACH, FLORIDA 33401.**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court located at Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401 and you must also mail or take a copy of your written response to the "Plaintiff" named below.

## IMPORTANTE

Se ha presentado una demanda en su contra. Tiene 20 días calendario a partir de la notificación de esta citación para presentar una respuesta por escrito a la demanda adjunta ante el secretario de este tribunal. Una llamada telefónica no le protegerá. Debe presentar su respuesta por escrito, incluyendo el número de caso indicado anteriormente y los nombres de las partes, si desea que el tribunal escuche su versión del caso. Si no presenta su respuesta a tiempo, podría perder el caso y, posteriormente, el tribunal podría confiscarle su salario, dinero y bienes sin previo aviso. Existen otros requisitos legales. Le recomendamos llamar a un abogado de inmediato. Si no conoce a ningún abogado, puede llamar a un servicio de referencia de abogados o a una oficina de asistencia legal (que figuran en la guía telefónica).

Si decide presentar una respuesta por escrito usted mismo, al mismo tiempo que la presenta ante el tribunal ubicado en el Juzgado del Condado de Palm Beach, 205 North Dixie Highway, West Palm Beach, Florida 33401, también debe enviarla por correo o llevar una copia de su respuesta por escrito al "Demandante" que se menciona a continuación.

## ENPÒTAN

Yon pwosè te depoze kont ou. Ou gen 20 jou kalandriye apre yo fin sitasyon sa a sèvi sou ou ranpli yon repons ekri nan plent lan tache ak grefye a nan tribinal sa a. Yon apèl nan telefòn pa pral pwoteje ou. Repons ekri ou, ki gen ladan nimewo ka yo bay pi wo a ak non yo nan pati yo, yo dwe depoze si ou vle tribinal la tande bò kote ou nan ka a. Si ou pa depoze repons ou sou tan, ou ka pèdi ka a, ak salè ou, lajan, ak pwopriyete ka apre sa dwe pran san yo pa plis avètisman nan tribinal la. Gen lòt kondisyon legal. Ou ka vle rele yon avoka touswit. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo èd legal (ki nan lis nan liv telefòn lan).

Si ou chwazi ranpli yon repons ekri tèt ou, an menm tan an ou ranpli repons ekri ou a nan tribinal la ki sitiye nan Palm Beach County Tribinal, 205 North Dixie Highway West Palm Beach, Florid 33401 epi ou dwe tou lapòs oswa pran yon kopi repons ekri ou a "Pleyan an" yo te rele anba a.

**EDDIE DAVIS**
**Plaintiff  Pro Se**
**1608 Sherwood Avenue**
**West Palm Beach, Florida 33407**
**Phone: 561 707-8921**
Email: Eddiebigdog100@aol.com

DATED: **May 05 2025**

(SEAL) **JOSEPH ABRUZZO**

(Name of Clerk)

As Clerk of the Court

By

**JOSIE LUCCE**

As Deputy Clerk

NOT A CERTIFIED COPY

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711**

Filing # 222024335 E-Filed 05/04/2025 10:05:29 AM

## IN THE CIRCUIT COURT FOR THE 15TH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA

EDDIE DAVIS                                    Case No: 502025CA003766XXXAMB

      Plaintiff,

v.

KELSEY SHULTS, VALS BLAISE
and PALM BEACH COUNTY,
      Defendants.

_____/

SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in this lawsuit on Defendant, **VALS BLAISE C/O PALM BEACH COUNTY SHERIFF, 3228 GUN CLUB ROAD WEST PALM BEACH, FLORIDA 33406.**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court located at Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401 and you must also mail or take a copy of your written response to the "Plaintiff" named below.

IMPORTANTE

Se ha presentado una demanda en su contra. Tiene 20 días calendario a partir de la notificación de esta citación para presentar una respuesta por escrito a la demanda adjunta ante el secretario de este tribunal. Una llamada telefónica no le protegerá. Debe presentar su respuesta por escrito, incluyendo el número de caso indicado anteriormente y los nombres de las partes, si desea que el tribunal escuche su versión del caso. Si no presenta su respuesta a tiempo, podría perder el caso y, posteriormente, el tribunal podría confiscarle su salario, dinero y bienes sin previo aviso. Existen otros requisitos legales. Le recomendamos llamar a un abogado de inmediato. Si no conoce a ningún abogado, puede llamar a un servicio de referencia de abogados o a una oficina de asistencia legal (que figuran en la guía telefónica).

Si decide presentar una respuesta por escrito usted mismo, al mismo tiempo que la presenta ante el tribunal ubicado en el Juzgado del Condado de Palm Beach, 205 North Dixie Highway, West Palm Beach, Florida 33401, también debe enviarla por correo o llevar una copia de su respuesta por escrito al "Demandante" que se menciona a continuación.

ENPÒTAN

Yon pwosè te depoze kont ou. Ou gen 20 jou kalandriye apre yo fin sitasyon sa a sèvi sou ou ranpli yon repons ekri nan plent lan tache ak grefye a nan tribinal sa a. Yon apèl nan telefòn pa pral pwoteje ou. Repons ekri ou, ki gen ladan nimewo ka yo bay pi wo a ak non yo nan pati yo, yo dwe depoze si ou vle tribinal la tande bò kote ou nan ka a. Si ou pa depoze repons ou sou tan, ou ka pèdi ka a, ak salè ou, lajan, ak pwopriyete ka apre sa dwe pran san yo pa plis avètisman nan tribinal la. Gen lòt kondisyon legal. Ou ka vle rele yon avoka touswit. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo èd legal (ki nan lis nan liv telefòn lan).

Si ou chwazi ranpli yon repons ekri tèt ou, an menm tan an ou ranpli repons ekri ou a nan tribinal la ki sitiye nan Palm Beach County Tribinal, 205 North Dixie Highway West Palm Beach, Florid 33401 epi ou dwe tou lapòs oswa pran yon kopi repons ekri ou a "Pleyan an" yo te rele anba a.

**EDDIE DAVIS**
**Plaintiff  Pro Se**
**1608 Sherwood Avenue**
**West Palm Beach, Florida 33407**
**Phone: 561 707-8921**
**Email: Eddiebigdog100@aol.com**

DATED: **May 05 2025**

(SEAL) **JOSEPH ABRUZZO**

(Name of Clerk)

As Clerk of the Court

By _____

As Deputy Clerk **JOSIE LUCCE**

NOT A CERTIFIED COPY

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anyan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711**

Filing # 222024335 E-Filed 05/04/2025 10:05:29 AM

**IN THE CIRCUIT COURT FOR THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

EDDIE DAVIS                                    Case No: 502025CA003766XXXAMB

        Plaintiff,

v.


KELSEY SHULTS, VALS BLAISE
and PALM BEACH COUNTY,
        Defendants.

_____/

                       SUMMONS

        THE STATE OF FLORIDA:
        To Each Sheriff of the State:


YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on Defendant, **KELSEY SHULTS C/O PALM BEACH COUNTY SHERIFF, 3228 GUN CLUB ROAD WEST PALM BEACH, FLORIDA 33406.**

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court located at Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401 and you must also mail or take a copy of your written response to the "Plaintiff" named below.

IMPORTANTE

Se ha presentado una demanda en su contra. Tiene 20 días calendario a partir de la notificación de esta citación para presentar una respuesta por escrito a la demanda adjunta ante el secretario de este tribunal. Una llamada telefónica no le protegerá. Debe presentar su respuesta por escrito, incluyendo el número de caso indicado anteriormente y los nombres de las partes, si desea que el tribunal escuche su versión del caso. Si no presenta su respuesta a tiempo, podría perder el caso y, posteriormente, el tribunal podría confiscarle su salario, dinero y bienes sin previo aviso. Existen otros requisitos legales. Le recomendamos llamar a un abogado de inmediato. Si no conoce a ningún abogado, puede llamar a un servicio de referencia de abogados o a una oficina de asistencia legal (que figuran en la guía telefónica).

Si decide presentar una respuesta por escrito usted mismo, al mismo tiempo que la presenta ante el tribunal ubicado en el Juzgado del Condado de Palm Beach, 205 North Dixie Highway, West Palm Beach, Florida 33401, también debe enviarla por correo o llevar una copia de su respuesta por escrito al "Demandante" que se menciona a continuación.

ENPÒTAN

Yon pwosè te depoze kont ou. Ou gen 20 jou kalandriye apre yo fin sitasyon sa a sèvi sou ou ranpli yon repons ekri nan plent lan tache ak grefye a nan tribinal sa a. Yon apèl nan telefòn pa pral pwoteje ou. Repons ekri ou, ki gen ladan nimewo ka yo bay pi wo a ak non yo nan pati yo, yo dwe depoze si ou vle tribinal la tande bò kote ou nan ka a. Si ou pa depoze repons ou sou tan, ou ka pèdi ka a, ak salè ou, lajan, ak pwopriyete ka apre sa dwe pran san yo pa plis avètisman nan tribinal la. Gen lòt kondisyon legal. Ou ka vle rele yon avoka touswit. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo èd legal (ki nan lis nan liv telefòn lan).

Si ou chwazi ranpli yon repons ekri tèt ou, an menm tan an ou ranpli repons ekri ou a nan tribinal la ki sitiye nan Palm Beach County Tribinal, 205 North Dixie Highway West Palm Beach, Florid 33401 epi ou dwe tou lapòs oswa pran yon kopi repons ekri ou a "Pleyan an" yo te rele anba a.

¶

**EDDIE DAVIS**
**Plaintiff  Pro Se**
**1608 Sherwood Avenue**
**West Palm Beach, Florida 33407**
**Phone: 561 707-8921**
**Email: Eddiebigdog100@aol.com**

DATED: **May 05 2025**

(SEAL) **JOSEPH ABRUZZO**

(Name of Clerk)

As Clerk of the Court

By _____

As Deputy Clerk **JOSIE LUCCE**

NOT A CERTIFIED COPY

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact** William Hutchings, Jr., **Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con** William Hutchings, Jr., **205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte** William Hutchings, Jr., **kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711**



**JOSEPH ABRUZZO**

# RECEIPT
5774687

CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

Printed On:
05/05/2025 09:42
Page 1 of 1

| Receipt Number: 5774687 - Date 05/05/2025  Time 9:42AM | | | |
|---|---|---|---|
| **Received of:** | A Legal Appeal, Inc.<br>5546 Muirfield Village Cir<br>Lake Worth Florida<br>Lake Worth, FL 33463 | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | 30.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 30.00 |
| **Receipt ID:** | 12220440 | **Remaining Balance:** | 0.00 |
| **Division:** | AJ: Circuit Civil Central - AJ(Civil) | | |

| Case# 50-2025-CA-003766-XXXA-MB -- PLAINTIFF/PETITIONER: DAVIS, EDDIE | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 30.00 | 30.00 | 0.00 |
| **Case Total** | **30.00** | **30.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_CREDITCARD | 14907674 | 30.00 |
| **Total Received** | | **30.00** |
| **Total Paid** | | **30.00** |

**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your
feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.



Filing # 227094856 E-Filed 07/11/2025 03:40:35 PM

## RETURN OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of Palm Beach | Circuit Court |

Case Number: 502025CA003766XXXAMB

Plaintiff:
**Eddie Davis**

vs.

Defendant:
**Kelsey Shults, Vals Blaise and Palm Beach County**

For:
A Legal Appeal, Inc.
5546 Muirfield Village Circle
Lake Worth, FL 33463

Received by Qoral Rahming on the 9th day of July, 2025 at 3:25 pm to be served on **Vals Blaise, c/o Palm Beach County Sheriff, 3228 Gun Club Road, West Palm Beach, FL 33406.**

I, Qoral Rahming, do hereby affirm that on the **10th day of July, 2025** at **3:07 pm, I:**

Served **Vals Blaise** by delivering a true copy of the **Summons; Complaint And Demand For Jury Trial** with my initials, certification number if applicable, the date and the hour of service endorsed thereon by me to:**Trenaisha Bullard** as **PBSO Court Liaison**, who confirmed that (s)he is **AUTHORIZED** to accept service for **Vals Blaise** at the address of **205 N Dixie Hwy, Juvenile Building, West Palm Beach, FL 33401** where said person was informed of the contents therein.

**Description** of Person Served: Age: 40s, Sex: F, Race/Skin Color: Black, Height: 5'1", Weight: 160, Hair: Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing document and the facts stated in it are true.      I certify that I am over the age of 18, I have no interest in the above action and I am a Certified/Special Process Server, under oath, in good standing in the county/circuit in which service was made or attempted. Notary not required per Fla. Statute and Administrative Order.

**Qoral Rahming**
Cps3081,PBC/Sps1779,Broward

**Diligent Process Services and Private Investigations LLC.**
**631 Lucerne Ave**
**Suite 30**
**Lake Worth, FL 33460**
**(561) 805-0780**

Our Job Serial Number: GTH-2025000339

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Filing # 222024335 E-Filed 05/04/2025 10:05:29 AM

## IN THE CIRCUIT COURT FOR THE 15TH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA

EDDIE DAVIS                              Case No: 502025CA003766XXXAMB

     **Plaintiff,**

v.

**KELSEY SHULTS, VALS BLAISE
and PALM BEACH COUNTY,**
     **Defendants.**

_____/

SUMMONS

     THE STATE OF FLORIDA:
     To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in this lawsuit on Defendant, **VALS BLAISE C/O PALM BEACH COUNTY SHERIFF, 3228 GUN CLUB ROAD WEST PALM BEACH, FLORIDA 33406.**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court located at Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401 and you must also mail or take a copy of your written response to the "Plaintiff" named below.

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK, 05/04/2025 10:05:29 AM

IMPORTANTE

Se ha presentado una demanda en su contra. Tiene 20 días calendario a partir de la notificación de esta citación para presentar una respuesta por escrito a la demanda adjunta ante el secretario de este tribunal. Una llamada telefónica no le protegerá. Debe presentar su respuesta por escrito, incluyendo el número de caso indicado anteriormente y los nombres de las partes, si desea que el tribunal escuche su versión del caso. Si no presenta su respuesta a tiempo, podría perder el caso y, posteriormente, el tribunal podría confiscarle su salario, dinero y bienes sin previo aviso. Existen otros requisitos legales. Le recomendamos llamar a un abogado de inmediato. Si no conoce a ningún abogado, puede llamar a un servicio de referencia de abogados o a una oficina de asistencia legal (que figuran en la guía telefónica).

Si decide presentar una respuesta por escrito usted mismo, al mismo tiempo que la presenta ante el tribunal ubicado en el Juzgado del Condado de Palm Beach, 205 North Dixie Highway, West Palm Beach, Florida 33401, también debe enviarla por correo o llevar una copia de su respuesta por escrito al "Demandante" que se menciona a continuación.

ENPÒTAN

Yon pwosè te depoze kont ou. Ou gen 20 jou kalandriye apre yo fin sitasyon sa a sèvi sou ou ranpli yon repons ekri nan plent lan tache ak grefye a nan tribinal sa a. Yon apèl nan telefòn pa pral pwoteje ou. Repons ekri ou, ki gen ladan nimewo ka yo bay pi wo a ak non yo nan pati yo, yo dwe depoze si ou vle tribinal la tande bò kote ou nan ka a. Si ou pa depoze repons ou sou tan, ou ka pèdi ka a, ak salè ou, lajan, ak pwopriyete ka apre sa dwe pran san yo pa plis avètisman nan tribinal la. Gen lòt kondisyon legal. Ou ka vle rele yon avoka touswit. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo èd legal (ki nan lis nan liv telefòn lan).

Si ou chwazi ranpli yon repons ekri tèt ou, an menm tan an ou ranpli repons ekri ou a nan tribinal la ki sitiye nan Palm Beach County Tribinal, 205 North Dixie Highway West Palm Beach, Florid 33401 epi ou dwe tou lapòs oswa pran yon kopi repons ekri ou a "Pleyan an" yo te rele anba a.

**EDDIE DAVIS**
**Plaintiff  Pro Se**
**1608 Sherwood Avenue**
**West Palm Beach, Florida 33407**
**Phone: 561 707-8921**
**Email: Eddiebigdog100@aol.com**

DATED: **May 05 2025**

(SEAL) **JOSEPH ABRUZZO**

(Name of Clerk)

As Clerk of the Court

By _____

As Deputy Clerk **JOSIE LUCCE**

NOT A CERTIFIED COPY

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anyan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711**

Filing # 227094856 E-Filed 07/11/2025 03:40:35 PM

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Palm Beach** | **Circuit Court** |

Case Number: 502025CA003766XXXAMB

Plaintiff:
**Eddie Davis**

vs.

Defendant:
**Kelsey Shults, Vals Blaise and Palm Beach County**

For:
A Legal Appeal, Inc.
5546 Muirfield Village Circle
Lake Worth, FL 33463

Received by Qoral Rahming on the 9th day of July, 2025 at 3:25 pm to be served on **Kelsey Shults, c/o Palm Beach County Sheriff, 3228 Gun Club Road, West Palm Beach, FL 33406.**

I, Qoral Rahming, do hereby affirm that on the **10th day of July, 2025** at **3:07 pm, I:**

Served **Kelsey Shults** by delivering a true copy of the **Summons; Complaint And Demand For Jury Trial** with my initials, certification number if applicable, the date and the hour of service endorsed thereon by me to: **Trenaisha Bullard** as **PBSO Court Liaison**, who confirmed that (s)he is **AUTHORIZED** to accept service for **Kelsey Shults** at the address of **205 N Dixie Hwy, Juvenile Building, West Palm Beach, FL 33401** where said person was informed of the contents therein.

**Description** of Person Served: Age: 40s, Sex: F, Race/Skin Color: Black, Height: 5'1", Weight: 160, Hair: Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing document and the facts stated in it are true.     I certify that I am over the age of 18, I have no interest in the above action and I am a Certified/Special Process Server, under oath, in good standing in the county/circuit in which service was made or attempted. Notary not required per Fla. Statute and Administrative Order.

**Qoral Rahming**
Cps3081,PBC/Sps1779,Broward

**Diligent Process Services and Private Investigations LLC.**
**631 Lucerne Ave**
**Suite 30**
**Lake Worth Beach, FL 33460**
**(561) 805-0780**

Our Job Serial Number: GTH-2025000340

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Filing # 222024335 E-Filed 05/04/2025 10:05:29 AM

IN THE CIRCUIT COURT FOR THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

EDDIE DAVIS                                      Case No: 502025CA003766XXXAMB

    Plaintiff,

v.


KELSEY SHULTS, VALS BLAISE
and PALM BEACH COUNTY,
    Defendants.

_____/

SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:


**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in this lawsuit on Defendant, **KELSEY SHULTS C/O PALM BEACH COUNTY SHERIFF, 3228 GUN CLUB ROAD WEST PALM BEACH, FLORIDA 33406.**

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court located at Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401 and you must also mail or take a copy of your written response to the "Plaintiff" named below.

NOT A CERTIFIED COPY

IMPORTANTE

Se ha presentado una demanda en su contra. Tiene 20 días calendario a partir de la notificación de esta citación para presentar una respuesta por escrito a la demanda adjunta ante el secretario de este tribunal. Una llamada telefónica no le protegerá. Debe presentar su respuesta por escrito, incluyendo el número de caso indicado anteriormente y los nombres de las partes, si desea que el tribunal escuche su versión del caso. Si no presenta su respuesta a tiempo, podría perder el caso y, posteriormente, el tribunal podría confiscarle su salario, dinero y bienes sin previo aviso. Existen otros requisitos legales. Le recomendamos llamar a un abogado de inmediato. Si no conoce a ningún abogado, puede llamar a un servicio de referencia de abogados o a una oficina de asistencia legal (que figuran en la guía telefónica).

Si decide presentar una respuesta por escrito usted mismo, al mismo tiempo que la presenta ante el tribunal ubicado en el Juzgado del Condado de Palm Beach, 205 North Dixie Highway, West Palm Beach, Florida 33401, también debe enviarla por correo o llevar una copia de su respuesta por escrito al "Demandante" que se menciona a continuación.

ENPÒTAN

Yon pwosè te depoze kont ou. Ou gen 20 jou kalandriye apre yo fin sitasyon sa a sèvi sou ou ranpli yon repons ekri nan plent lan tache ak grefye a nan tribinal sa a. Yon apèl nan telefòn pa pral pwoteje ou. Repons ekri ou, ki gen ladan nimewo ka yo bay pi wo a ak non yo nan pati yo, yo dwe depoze si ou vle tribinal la tande bò kote ou nan ka a. Si ou pa depoze repons ou sou tan, ou ka pèdi ka a, ak salè ou, lajan, ak pwopriyete ka apre sa dwe pran san yo pa plis avètisman nan tribinal la. Gen lòt kondisyon legal. Ou ka vle rele yon avoka touswit. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo èd legal (ki nan lis nan liv telefòn lan).

Si ou chwazi ranpli yon repons ekri tèt ou, an menm tan an ou ranpli repons ekri ou a nan tribinal la ki sitiye nan Palm Beach County Tribinal, 205 North Dixie Highway West Palm Beach, Florid 33401 epi ou dwe tou lapòs oswa pran yon kopi repons ekri ou a "Pleyan an" yo te rele anba a.

¶

**EDDIE DAVIS**
**Plaintiff  Pro Se**
**1608 Sherwood Avenue**
**West Palm Beach, Florida 33407**
**Phone: 561 707-8921**
**Email: Eddiebigdog100@aol.com**

DATED: **May 05 2025**

(SEAL) **JOSEPH ABRUZZO**

(Name of Clerk)

As Clerk of the Court

By _____

As Deputy Clerk **JOSIE LUCCE**

NOT A CERTIFIED COPY

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anyan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711**

Filing # 227094856 E-Filed 07/11/2025 03:40:35 PM

## RETURN OF SERVICE

| State of Florida | County of Palm Beach | Circuit Court |
|---|---|---|

Case Number: 502025CA003766XXXAMB

Plaintiff:
**Eddie Davis**

vs.

Defendant:
**Kelsey Shults, Vals Blaise and Palm Beach County**

For:
A Legal Appeal, Inc.
5546 Muirfield Village Circle
Lake Worth, FL 33463

Received by Qoral Rahming on the 9th day of July, 2025 at 3:25 pm to be served on **Palm Beach County, 301 North Olive Avenue, Suite 601, West Palm Beach, FL 33401.**

I, Qoral Rahming, do hereby affirm that on the **10th day of July, 2025** at **3:16 pm, I:**

Served **Palm Beach County** by delivering a true copy of the **Summons; Complaint And Demand For Jury Trial** with my initials, certification number if applicable, the date and the hour of service endorsed thereon by me to: **Sherry Webber** as **Paralegal to the County Attorney**, who confirmed (s)he is **AUTHORIZED** to accept service for **Palm Beach County** at the address of **300 N Dixie Hwy, West Palm Beach, FL 33401** where said person was informed of the contents therein.

**Description** of Person Served: Age: 60s, Sex: F, Race/Skin Color: White, Height: 5'1", Weight: 130, Hair: Brown, Glasses: Y

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing document and the facts stated in it are true.     I certify that I am over the age of 18, I have no interest in the above action and I am a Certified/Special Process Server, under oath, in good standing in the county/circuit in which service was made or attempted. Notary not required per Fla. Statute and Administrative Order.

**Qoral Rahming**
Cps3081,PBC/Sps1779,Broward

**Diligent Process Services and Private
Investigations LLC.
631 Lucerne Ave
Suite 30
Lake Worth Beach, FL 33460
(561) 805-0780**

Our Job Serial Number: GTH-2025000341

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Filing # 222024335 E-Filed 05/04/2025 10:05:29 AM

IN THE CIRCUIT COURT FOR THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

**EDDIE DAVIS**                                   **Case No: 502025CA003766XXXAMB**

    **Plaintiff,**

**v.**

**KELSEY SHULTS, VALS BLAISE**
**and PALM BEACH COUNTY,**
    **Defendants.**

_____/

SUMMONS

    THE STATE OF FLORIDA:
    To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in this lawsuit on **Defendant, PALM BEACH COUNTY, C/O DENISE COFFMAN, 301 NORTH OLIVE AVENUE, SUITE 601, PALM BEACH, FLORIDA 33401.**

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court located at Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401 and you must also mail or take a copy of your written response to the "Plaintiff" named below.

## IMPORTANTE

Se ha presentado una demanda en su contra. Tiene 20 días calendario a partir de la notificación de esta citación para presentar una respuesta por escrito a la demanda adjunta ante el secretario de este tribunal. Una llamada telefónica no le protegerá. Debe presentar su respuesta por escrito, incluyendo el número de caso indicado anteriormente y los nombres de las partes, si desea que el tribunal escuche su versión del caso. Si no presenta su respuesta a tiempo, podría perder el caso y, posteriormente, el tribunal podría confiscarle su salario, dinero y bienes sin previo aviso. Existen otros requisitos legales. Le recomendamos llamar a un abogado de inmediato. Si no conoce a ningún abogado, puede llamar a un servicio de referencia de abogados o a una oficina de asistencia legal (que figuran en la guía telefónica).

Si decide presentar una respuesta por escrito usted mismo, al mismo tiempo que la presenta ante el tribunal ubicado en el Juzgado del Condado de Palm Beach, 205 North Dixie Highway, West Palm Beach, Florida 38401, también debe enviarla por correo o llevar una copia de su respuesta por escrito al "Demandante" que se menciona a continuación.

## ENPOTAN

Yon pwosè te depoze kont ou. Ou gen 20 jou kalandriye apre yo fin sitasyon sa a sèvi sou ou ranpli yon repons ekri nan plent lan tache ak grefye a nan tribinal sa a. Yon apèl nan telefòn pa pral pwoteje ou. Repons ekri ou, ki gen ladan nimewo ka yo bay pi wo a ak non yo nan pati yo, yo dwe depoze si ou vle tribinal la tande bò kote ou nan ka a. Si ou pa depoze repons ou sou tan, ou ka pèdi ka a, ak salè ou, lajan, ak pwopriyete ka apre sa dwe pran san yo pa plis avètisman nan tribinal la. Gen lòt kondisyon legal. Ou ka vle rele yon avoka touswit. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo èd legal (ki nan lis nan liv telefòn lan).

Si ou chwazi ranpli yon repons ekri tèt ou, an menm tan an ou ranpli repons ekri ou a nan tribinal la ki sitiye nan Palm Beach County Tribinal, 205 North Dixie Highway West Palm Beach, Florid 33401 epi ou dwe tou lapòs oswa pran yon kopi repons ekri ou a "Pleyan an" yo te rele anba a.

**EDDIE DAVIS**
**Plaintiff  Pro Se**
**1608 Sherwood Avenue**
**West Palm Beach, Florida 33407**
**Phone: 561 707-8921**
Email: Eddiebigdog100@aol.com

DATED: **May 05 2025**

(SEAL) **JOSEPH ABRUZZO**

(Name of Clerk)

As Clerk of the Court

By _____

**JOSIE LUCCE**

As Deputy Clerk

NOT A CERTIFIED COPY

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anyan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711**